AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:  1:08-cv-01564-GEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Park Cake, Inc. d/b/a L'Express, Defendant
Thierry Haxaire, Defendant

I certify that I am admitted to practice in this court.

| 4/3/2008 | | |
|---|---|---|
| Date | Signature | |
| | Steve L. Young | sly8810 |
| | Print Name | Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker /3 Gannett Dr. | |
| | Address | |
| White Plains | NY | 10604 |
| City | State | Zip Code |
| (212) 490-3000 | | (212) 490-3038 |
| Phone Number | | Fax Number |