≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 1:08-cv-01564-GEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Park Cake, Inc. d/b/a L'Express, Defendant
Thierry Haxaire, Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/3/2008 | *(signature)* |
| Date | Signature |
| | David S. Sheiffer — ds4198 |
| | Print Name — Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker, LLP/150 E. 42 St |
| | Address |
| | New York   NY   10017 |
| | City   State   Zip Code |
| | (212) 490-3000   (212) 490-3038 |
| | Phone Number   Fax Number |