AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 1:08-cv-01564-GEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Park Cake, Inc. d/b/a L'Express, Defendant
Thierry Haxaire, Defendant

I certify that I am admitted to practice in this court.

| 4/3/2008 | /s/ Susan K. Slim |
|---|---|
| Date | Signature |

Susan K. Slim — ss3785
Print Name — Bar Number

Wilson Elser Moskowitz Edelman & Dicker, LLP/150 E. 42 St
Address

New York   NY   10017
City   State   Zip Code

(212) 490-3000   (212) 490-3038
Phone Number   Fax Number