UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABDELAZIZ ELMHADA et al.,

                            Plaintiffs,

      -against-

PARK CAKE, INC. et al.,

                            Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

08 Civ. 1564 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has received a letter from counsel for defendants requesting on behalf of the parties that the Court enter a scheduling order giving plaintiff two weeks to serve an Amended Complaint and giving defendants 30 days thereafter to answer and/or move against the Amended Complaint. Subject to the Court's approval of this schedule, the parties consent to defendants' withdrawal of the pending 12(b) motion to dismiss.

      Accordingly, it is hereby ORDERED that:

1. Plaintiffs shall file and serve an Amended Complaint by September 5, 2008.

2. Defendants shall answer or otherwise respond to the Amended Complaint by October 6, 2008.

3. On the consent of the parties, defendants' pending motion to dismiss is hereby deemed withdrawn. (Doc. #1, 4-1.)

SO ORDERED.

Dated: New York, New York
          August 20, 2008

                                                                            GERARD E. LYNCH
                                                                          United States District Judge